UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| CAROL GILL, | ) | CIV. 09-4176-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| McRICK, INC., d/b/a McDonald's, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Judgment of Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated November 22, 2010.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE